IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFREDO VILLOLDO, individually, | ) | |
| and GUSTAVO E. VILLOLDO, individually, | ) | |
| and as Administrator, Executor, and Personal | ) | |
| Representative of the ESTATE OF GUSTAVO | ) | |
| VILLOLDO ARGILAGOS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Misc. No. 2:13-mc-00016 |
| | ) | |
| v. | ) | |
| | ) | |
| FIDEL CASTRO RUZ, as an individual, and | ) | |
| as an official, employee, or agent of the Republic | ) | |
| of Cuba, RAUL CASTRO RUZ, as an individual, | ) | |
| and as an official, employee, or agent of the | ) | |
| Republic of Cuba, THE MINISTRY OF | ) | |
| INTERIOR, an agency or instrumentality of the | ) | |
| Republic of Cuba, THE ARMY OF THE | ) | |
| REPUBLIC OF CUBA, an agency or | ) | |
| instrumentality of the Republic of Cuba, and | ) | |
| THE REPUBLIC OF CUBA, a foreign state, | ) | |
| | ) | |
| Defendants. | ) | |

## **WRIT OF EXECUTION**

UNITED STATES OF AMERICA:
WESTERN DISTRICT OF PENNSYLVANIA:

To the United States Marshal of the Western District of Pennsylvania:
To satisfy the judgment, interest, and costs against Fidel Castro Ruz, Raul Castro Ruz, The Ministry of the Interior of the Republic of Cuba, the Army of the Republic of Cuba, and the Republic of Cuba

Defendants:
    (1) You are directed to levy upon the property of the defendant to sell his interest therein;
    (2) You are also directed to attach the property of the defendant not levied upon in the possession of PNC Bank as garnishee, and to notify the garnishee that:

        (a) an attachment has been issued;

(b) The garnishee is enjoined from paying any debt to or for the account of the defendant and delivering any property of the defendant or otherwise disposing thereof,

(3) If property of the defendants not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee, you are directed to notify him that he has been added as a garnishee and is enjoined as above stated.

Amount Due:  $2,903,233,898.07

Interest:

Costs:

Plus costs of
service of writ
of execution:

TOTAL:  $2,903,233,898.07

DATED: February 1, 2013



s/Robert V. Barth, Jr.
CLERK

s/Ginelle M. Puraty
DEPUTY CLERK