IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFREDO VILLOLDO, et al., <br>     Plaintiffs, <br><br> v. <br><br> FIDEL CASTRO RUIZ, et al., <br>     Defendants, <br><br> v. <br><br> PNC BANK, N.A., <br>     Garnishee. <br><br> PNC BANK, N.A., <br>     Intervenor-Plaintiff, <br><br> v. <br><br> ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually, and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS, and JEANNETTE HAUSLER, as Successor Personal representative of the ESTATE OF ROBERT OTIS FULLER, et al., <br>     Third Party Defendants. | Civil Action No. 2:13-mc-00016 <br> Electronically Filed |

## ORDER OF COURT

AND NOW, this 18th day of October, 2013, upon consideration of the Motion to Dismiss for Lack of Personal Jurisdiction filed herein, IT IS HEREBY ORDERED that the Motion of Third Party Defendant Aldo Vera, Jr. to Dismiss for Lack of Personal Jurisdiction (Doc. No. 40) is **GRANTED.**

                                                          s/ Arthur J. Schwab
                                                        Arthur J. Schwab
                                                        United States District Judge

cc:     All Registered ECF Counsel and Parties